IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PAUL LEWIS ROBINSON, | * |
| Plaintiff, | * |
| v. | Case No.   3:22-cv-21-CAR-CHW |
| | * |
| JOHN AND/OR JANE DOES, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 17, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 17th day of February, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk